30 So.2d 396

**B. P. COUSINS v. W. B. HARRISON.**

**6 Div. 571.**

Supreme Court of Alabama.

May 1, 1947.

Ben F. Ray, of Birmingham, for petitioner.

Horace C. Wilkinson, of Birmingham, for respondent.

STAKELY, Justice.

Petition of B. P. Cousins for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Cousins v. Harrison, 30 So.2d 393.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.